IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50843
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

EFRAIN SOTO-PALOMAR,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 98-CR-033
- - - - - - - - - -

May 13, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

    Efrain Soto-Palomar appeals his conviction and sentence for importation of marijuana and possession with intent to distribute marijuana.  He contends that the evidence at trial was insufficient to support his conviction and sentence.  When the evidence is viewed in the light most favorable to the prosecution, it establishes that any reasonable juror could have found beyond a reasonable doubt that Soto-Palomar knowingly

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

possessed marijuana with the intent to distribute it and played a

role in bringing the marijuana from Mexico into the United

States.  See United States v. Martinez, 975 F.2d 159, 160-61 (5th

Cir. 1992); United States v. Ojebode, 957 F.2d 1218, 1223 (5th

Cir. 1992).

AFFIRMED.